# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/22

April 7, 2022

**BY ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
New York, NY 10007

> Defendant Marlon Roberts remains assigned to Judge Nathan. The Court will rule on the pending motion as soon as possible. SO ORDERED.
>
> /s/ Alison J. Nathan  4/8/22
> U.S. Circuit Judge
> Sitting by Designation

Re: *United States v. Marlon Roberts,*
    15 Cr. 95 (JPC)

Dear Judge Cronan,

    I represent Marlon Roberts, one of the defendants in *United States v. Burrell et al.* I understand this case was recently reassigned to this Court. In November 2019, Mr. Roberts moved to vacate his conviction under 18 U.S.C. § 924(c), following the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). *See* ECF Dkt. 2691. This motion remains pending. I write to ask that the Court decide Mr. Roberts's motion.

                                           Respectfully submitted,

                                           /s/ Sarah Baumgartel
                                           Sarah Baumgartel, Esq.
                                           Assistant Federal Defender
                                           52 Duane Street, 10th Fl.
                                           New York, NY 10007
                                           T: (212) 417-8772
                                           Sarah_Baumgartel@fd.org

cc: Government counsel (by ECF)

1